**STATE of Missouri, Respondent,**

v.

**James WEST, Appellant.**

No. WD 53832.

Missouri Court of Appeals, Western District.

March 31, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 28, 1998.

Application for Transfer Denied June 16, 1998.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, for Appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for Respondent.

Before BRECKENRIDGE, P.J., and LOWENSTEIN and SPINDEN, JJ.

PER CURIAM.

James West appeals the circuit court's judgment convicting him of assault in the

first degree and armed criminal action. We affirm. Rule 30.25(b).